People of the State of Illinois, Appellee, v.
Edwardell Noble, Appellant.

Gen. No. 51,077. (Abstract of Decision.)

First District, Second Division.

October 13, 1967.

Robert J. Goldberg, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carl M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**

Roy Johnson, Plaintiff-Appellant, v. Madeliene Lipsky, Defendant-Appellee.

Gen. No. 51,936. (Abstract of Decision.)

First District, Second Division.

November 10, 1967.

Milroy R. Blowitz, of Chicago, for appellant; Miller, Green & Frazin, of Chicago, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**